IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel., <br> and <br> William L. Fry <br> 1113 Gerloch Drive <br> Erie, PA 16505 <br><br> Plaintiffs, <br><br> v. <br><br> FIRST INVESTMENT COMPANY <br> OF COLUMBUS, OHIO, <br> an Ohio Corporation, <br> and <br> EVERHOME MORTGAGE COMPANY, <br> formerly ALLIANCE MORTGAGE COMPANY, <br> OF JACKSONVILLE, FLORIDA, <br> a Florida Corporation, <br> and <br> UNKNOWN MORTGAGE COMPANY A <br> and <br> UNKNOWN MORTGAGE COMPANY B <br> and <br> UNKNOWN MORTGAGE COMPANY C <br><br> Defendants. | Civil Action No. 04-316E <br><br> **FILED UNDER SEAL PURSUANT TO 31 U.S.C. Sec. 3730(b)(2)** |

CERTIFICATE OF SERVICE

I hereby certify that on this 4th day of April, 2006, I caused a copy of the United States' Notice of Election to Decline Intervention, and proposed order, to be served by first-class mail, postage prepaid, on:

Counsel for relator:

Malcolm L. Pollard, Esquire
4845 Westlake Road #119
Erie, PA 16505

-2-

*[signature: Robert L. Eberhardt]*
ROBERT L. EBERHARDT
Assistant United States Attorney
PA ID No. 10325
U.S. Post Office and Courthouse
700 Grant Street
Suite 4000
Pittsburgh, PA 15219
(412) 894-7353

-3-