IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, <u>ex rel.</u>,  :
and                                      :
William L. Fry                           :     CIVIL ACTION NO: 04-316E
            Plaintiffs  :
                                         :
v.                                       :
FIRST INVESTMENT COMPANY, et al.         :
            Defendants  :

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this __29th__ day of __July__, __2006__, by U.S. Certified First Class Mail a true and correct copy of:

1. Notice of Lawsuit and Request for Waiver of Service of Summons (one copy)

2. Waiver of Service of Summons (two copies)

3. Return Envelope to Malcolm L. Pollard, Esquire (postage prepaid)

4. Order of Court (one copy)

5. COMPLAINT FOR MONETARY DAMAGES AND OTHER RELIEF UNDER THE FALSE CLAIM ACT (one copy)

Were served upon the following:

Mr. Douglas A. Simson, President         Mr. Gary Meeks, President
First Investment Company                 EverHome Mortgage Company
1885 Northwest Boulevard                 8100 Nations Way
Columbus, OH  43212                      Jacksonville, FL  32256

By: _/s/ Malcolm L. Pollard_
Malcolm L. Pollard, Esquire
Pa. Supreme Court Number 34906
4845 Westlake Road #119
Erie, PA 16505
Telephone: 814-838-8258
Telecopier: 814-838-8452