IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>, | : | |
| and | : | |
| William L. Fry | : | CIVIL ACTION NO: 04-316E |
| Plaintiffs | : | |
| v. | : | |
| FIRST INVESTMENT COMPANY, et al. | : | Related document: 18 |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 23rd day of August, 2006, by U.S. First Class Mail a true and correct copy of:

1. United States' Notice of Election to Decline Intervention

Was served upon the following:

    Everhome Mortgage Company
      represented by:
    Roberto M. Braceras, Esquire
    Goodwin Procter, LLP
    Exchange Place
    Boston, MA 02109


        By:   /s/ Malcolm L. Pollard
               Malcolm L. Pollard, Esquire
               Pa. Supreme Court Number 34906
               4845 Westlake Road #119
               Erie, PA 16505
               Telephone: 814-838-8258
               Telecopier: 814-838-8452