IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>, | : | |
| and | : | |
| William L. Fry | : | CIVIL ACTION NO: 04-316E |
| Plaintiffs | : | |
| v. | : | |
| FIRST INVESTMENT COMPANY, et al. | : | Related document: 18 |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 1st day of September, 2006, by U.S. First Class Mail a true and correct copy of:

1. United States' Notice of Election to Decline Intervention

Was served upon the following:

> Mr. Douglas A. Simson, President
> First Investment Company
> 1885 Northwest Boulevard
> Columbus, OH  43212

> By:   /s/ Malcolm L. Pollard
> Malcolm L. Pollard, Esquire
> Pa. Supreme Court Number 34906
> 4845 Westlake Road #119
> Erie, PA 16505
> Telephone: 814-838-8258
> Telecopier: 814-838-8452