# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>, and<br>William L. Fry<br>113 Garloch Drive<br>Erie, PA 16505,<br><br>        Plaintiffs,<br><br>v.<br><br>EVERHOME MORTGAGE COMPANY formerly ALLIANCE MORTGAGE COMPANY, OF JACKSONVILLE, FLORIDA, a Florida Corporation,<br><br>        Defendant. | CIVIL ACTION NO: 1:04-CV-00316<br><br>JUDGE SEAN J. MCLAUGHLIN<br><br>**NOTICE OF APPEARANCE**<br><br>Filed on Behalf of Defendants:<br><br>EVERHOME MORTGAGE COMPANY, formerly ALLIANCE MORTGAGE COMPANY, OF JACKSONVILLE, FLORIDA<br><br>Counsel of record for party:<br>JENNIFER E. WATSON<br>PA I.D. #78664<br><br>WILBRAHAM, LAWLER & BUBA<br>603 Stanwix Street<br>Two Gateway Center, 17 North<br>Pittsburgh, PA 15222<br>(412) 255-0500 |

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>, and William L. Fry 113 Garloch Drive Erie, PA 16505, | ) ) ) ) Civil Action No. 1:04-CV-00316 ) ) JUDGE SEAN J. MCLAUGHLIN ) |
| Plaintiffs, | ) ) |
| v | ) ) |
| FIRST INVESTMENT COMPANY OF COLUMBUS, OHIO, an Ohio Corporation, and EVERHOME MORTGAGE COMPANY formerly ALLIANCE MORTGAGE COMPANY, OF JACKSONVILLE, FLORIDA, a Florida Corporation, | ) ) ) ) ) ) ) |
| Defendants. | ) ) |

## NOTICE OF APPEARANCE

To: Clerk

Kindly enter the appearance of Wilbraham Lawler & Buba as counsel for Defendants FIRST INVESTMENT COMPANY OF COLUMBUS, OHIO and EVERHOME MORTGAGE COMPANY, formerly ALLIANCE MORTGAGE COMPANY OF JACKSONVILLE, FLORIDA, in the above matter.

                                            Respectfully submitted,

                                By: /s/ Jennifer E. Watson

                                Jennifer E. Watson, Esquire
                                Pa. I.D. No. 78664
                                Wilbraham, Lawler & Buba
                                Two Gateway Center, 17 North
                                Pittsburgh, PA  15222
                                (412) 255-0500
                                Counsel for Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that I served a true and correct copy of the within NOTICE OF APPEARANCE upon:

Malcolm L. Pollard, Esquire
4845 Westlake Road #119
Erie, PA 16505

on this 27th day of September 2006.

                                                  /s/ Jennifer E. Watson
                                                  Jennifer E. Watson