## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>, and<br>William L. Fry<br>113 Garloch Drive<br>Erie, PA 16505, | ) CIVIL ACTION NO: 1:04-CV-00316<br>)<br>) JUDGE SEAN J. MCLAUGHLIN<br>)<br>) |
| Plaintiffs, | ) **CONSENTED TO MOTION FOR**<br>) **EXTENSION OF TIME TO FILE A**<br>) **RESPONSE**<br>) |
| v. | )<br>) Filed on Behalf of Defendants:<br>) |
| EVERHOME MORTGAGE COMPANY<br>formerly ALLIANCE MORTGAGE<br>COMPANY, OF JACKSONVILLE,<br>FLORIDA, a Florida Corporation, | ) **EVERHOME MORTGAGE COMPANY,**<br>) **formerly ALLIANCE MORTGAGE**<br>) **COMPANY OF JACKSONVILLE,**<br>) **FLORIDA**<br>) |
| Defendant. | ) Counsel of record for party:<br>) JENNIFER E. WATSON<br>) PA I.D. #78664<br>) |
| | ) WILBRAHAM, LAWLER & BUBA<br>) 603 Stanwix Street<br>) Two Gateway Center, 17 North<br>) Pittsburgh, PA 15222<br>) (412) 255-0500 |

**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>,<br>and<br>William L. Fry<br>113 Garloch Drive<br>Erie, PA 16505,<br><br>                     Plaintiffs,<br><br>                  v.<br><br>EVERHOME MORTGAGE COMPANY<br>formerly ALLIANCE MORTGAGE<br>COMPANY, OF JACKSONVILLE,<br>FLORIDA, a Florida Corporation,<br><br>                    Defendant. | CIVIL ACTION NO:  1:04-CV-00316<br><br>JUDGE SEAN J. MCLAUGHLIN |

<u>**CONSENTED TO MOTION FOR EXTENSION OF TIME TO FILE A
RESPONSE**</u>

      AND NOW, comes the Defendant EVERHOME MORTGAGE COMPANY

formerly ALLIANCE MORTGAGE COMPANY OF JACKSONVILLE, FLORIDA, a

Florida Corporation, by and through its counsel, Jennifer E. Watson, Esq. and Wilbraham

Lawler & Buba, and files the following Consented to Motion for Extension of Time to

File a Response:

      1.      Plaintiffs filed a complaint in the United States District Court for the

Western District of Pennsylvania on or about October 27, 2004.

      2.      The complaint alleges that Defendant made false claims in violation of the

False Claim Act, 31 U.S.C. § 3729.

3.      Plaintiff, William Fry, executed a waiver of service to Defendant, Everhome Mortgage Company.

4.      Defendant, Everhome Mortgage Company, returned the waiver of service on July 29, 2006.

5.      Due to the waiver of service, Everhome Mortgage is required to file a response on September 27, 2006.

6.      Counsel for Defendant has been in contact with Plaintiff's counsel regarding an extension for Defendant's response.

7.      On September 20, 2006, counsel for Defendant sent a letter to Plaintiff's counsel acknowledging an extension of time for Defendant to file a response.

8.      Plaintiff's counsel does not oppose Defendant's motion for an extension of time.  (See letter from Plaintiff's counsel, attached hereto as "Exhibit A".)

9.      As such, Defendant requests this Honorable Court to grant a thirty (30) day extension of time for Defendant, Everhome Mortgage, to file a response.

WHEREFORE, this Defendant respectfully requests that this Honorable Court grant a thirty (30) day extension of time for Defendant, Everhome Mortgage, to file a response.

Respectfully submitted,


/s/ Jennifer E. Watson
Jennifer E. Watson, Esquire
PA I.D. #78664
WILBRAHAM, LAWLER & BUBA
603 Stanwix Street
Two Gateway Center, 17 North
Pittsburgh, PA  15222
(412) 255-0500

Counsel for Defendants:
**EVERHOME MORTGAGE COMPANY, formerly ALLIANCE MORTGAGE COMPANY OF JACKSONVILLE, FLORIDA**

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that I served a true and correct copy of the within CONSENTED

TO MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE upon:


Malcolm L. Pollard, Esquire
4845 Westlake Road #119
Erie, PA 16505


on this 27th day of September 2006.



/s/ Jennifer E. Watson
Jennifer E. Watson

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, <u>ex rel.</u>,   )
and   )
William L. Fry   )  CIVIL ACTION NO:  1:04-CV-00316
113 Garloch Drive   )
Erie, PA 16505,   )  JUDGE SEAN J. MCLAUGHLIN
   )
        Plaintiffs,   )
   )
        v.   )
   )
EVERHOME MORTGAGE COMPANY   )
formerly ALLIANCE MORTGAGE   )
COMPANY, OF JACKSONVILLE,   )
FLORIDA, a Florida Corporation,   )
   )
        Defendant.   )

### <u>ORDER OF COURT</u>

AND NOW, this _____ day of _____, 2006, upon consideration

of Defendant's Consented to Motion for Extension of Time to File a Response, it is

ORDERED, ADJUDGED AND DECREED that the deadline for filing Defendant's

response is extended thirty (30) days until October 26, 2006.

BY THE COURT:

_____J.