IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>, and <br> William L. Fry <br> 113 Garloch Drive <br> Erie, PA 16505, <br><br> Plaintiffs, <br><br> v. <br><br> EVERHOME MORTGAGE COMPANY formerly ALLIANCE MORTGAGE COMPANY, OF JACKSONVILLE, FLORIDA, a Florida Corporation, <br><br> Defendant. | CIVIL ACTION NO: 1:04-CV-00316 <br><br> JUDGE SEAN J. MCLAUGHLIN |

## ORDER OF COURT

AND NOW, this  28  day of  September 2006, upon consideration of Defendant's Consented to Motion for Extension of Time to File a Response, it is ORDERED, ADJUDGED AND DECREED that the deadline for filing Defendant's response is extended thirty (30) days until October 26, 2006.

BY THE COURT:

_____ J.