### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>, and William L. Fry<br>113 Garloch Drive<br>Erie, PA 16505,<br><br>      Plaintiffs,<br><br>      v.<br><br>First Investment Company of Columbus, Ohio,<br><br>      Defendant. | CIVIL ACTION NO: 1:04-CV-00316<br><br>JUDGE SEAN J. MCLAUGHLIN |

## **ORDER OF COURT**

AND NOW, this _____ day of _____, 2006, upon consideration of Defendant's Consented to Motion for Extension of Time to File a Response, it is ORDERED, ADJUDGED AND DECREED that the deadline for filing Defendant's response is extended until October 26, 2006.

                                              BY THE COURT:

                                              _____J.