# U.S. District Court
## Western District of Pennsylvania (Erie)
### CIVIL DOCKET FOR CASE #: 1:04-cv-00316-SJM

UNITED STATES, et al v. FIRST INVESTMENT CO., et al
Assigned to: Judge Sean J. McLaughlin
Demand: $0
Case in other court:
Cause: 31:3729 False Claims Act

Date Filed: 10/27/2004
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**UNITED STATES**
*ex rel.*

represented by **Robert L. Eberhardt**
United States Attorney's Office
700 Grant Street
Suite 400
Pittsburgh, PA 15219
(412) 644 5891
Email: robert.eberhardt@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**WILLIAM L. FRY**

represented by **Malcolm L. Pollard**
4845 West Lake Road
#119
Erie, PA 16505
(814) 838-8258
Email: mactk4@gte.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**THE FIRST INVESTMENT COMPANY OF COLUMBUS OHIO**
*an Ohio Corporation*

represented by **Jennifer E. Watson**
Wilbraham Lawler & Buba
603 Stanwix Street
Two Gateway Center, 17N
Pittsburgh, PA 15222
(412) 255-0500
Firm: (412) 255-0505
Email: jwatson@wlbdeflaw.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**EVERHOME MORTGAGE COMPANY**

represented by **Jennifer E. Watson**
(See above for address)

*formerly* ALLIANCE MORTGAGE COMPANY, OF JACKSONVILLE, FLORIDA, a Florida Corporation

ATTORNEY TO BE NOTICED

**Defendant**

**UNKNOWN MORTGAGE COMPANY A**

**Defendant**

**UNKNOWN MORTGAGE COMPANY B**

**Defendant**

**UNKNOWN MORTGAGE COMPANY C**

| Date Filed | # | Docket Text |
|---|---|---|
| 10/27/2004 | 1 | COMPLAINT Filing Fee $ 150.00 Receipt # 05-37 (mad) Additional attachment(s) added on 4/6/2006 (sdp, ). (Entered: 10/27/2004) |
| 04/04/2006 | 18 | SEALED MOTION by UNITED STATES. (Attachments: # 1 certificate of service# 2 Proposed Order)(sdp) (Entered: 04/05/2006) |
| 04/06/2006 | 19 | ORDER granting 18 Motion. Signed by Judge Sean J. McLaughlin on 4/6/06. (nk) (Entered: 04/06/2006) |
| 08/01/2006 | 20 | CERTIFICATE OF SERVICE by WILLIAM L. FRY (Attachments: # 1 Exhibit # 2 Exhibit)(Pollard, Malcolm) (Entered: 08/01/2006) |
| 08/24/2006 | 21 | WAIVER OF SERVICE Returned Executed by WILLIAM L. FRY. EVERHOME MORTGAGE COMPANY waiver sent on 8/1/2006, answer due 10/2/2006. (Pollard, Malcolm) Modified on 8/25/2006 (sdp). REMOVED FROM PUBLIC VIEW-REDOCKETED. (Entered: 08/24/2006) |
| 08/25/2006 | 22 | CERTIFICATE OF SERVICE by WILLIAM L. FRY re 19 Order on Sealed Motion *on Everhome of Notice of Election to Decline* (Pollard, Malcolm) (Entered: 08/25/2006) |
| 08/25/2006 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE. re 21 Waiver of Service Executed ERROR: date of service is incorrect CORRECTION: no correction necessary, will be redocketed by Clerk. This message is for informational purposes only. (sdp) (Entered: 08/25/2006) |
| 08/25/2006 | 23 | WAIVER OF SERVICE Returned Executed by UNITED STATES, WILLIAM L. FRY. EVERHOME MORTGAGE COMPANY waiver sent on 7/29/2006, answer due 9/27/2006. (sdp) (Entered: 08/25/2006) |
| 09/07/2006 | 24 | WAIVER OF SERVICE Returned Executed by WILLIAM L. FRY. THE FIRST INVESTMENT COMPANY OF COLUMBUS OHIO waiver sent on 8/29/2006, answer due 10/30/2006. (Pollard, Malcolm) Modified on |

| | | |
|---|---|---|
| | | 9/8/2006 (sdp). REMOVED FROM PUBLIC VIEW-REDOCKETED. (Entered: 09/07/2006) |
| 09/07/2006 | 25 | CERTIFICATE OF SERVICE by WILLIAM L. FRY of Notice of Election to Decline Intervention (Pollard, Malcolm) Modified on 9/8/2006 (sdp). (Entered: 09/07/2006) |
| 09/07/2006 | 26 | WAIVER OF SERVICE Returned Executed by WILLIAM L. FRY. THE FIRST INVESTMENT COMPANY OF COLUMBUS OHIO waiver sent on 7/29/2006, answer due 9/27/2006. (sdp) (Entered: 09/08/2006) |
| 09/08/2006 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE. re 24 Waiver of Service Executed ERROR: the date sent was incorrect CORRECTION: no correction by attorney necessary, will be redocketed. This message is for informational purposes only. (sdp) (Entered: 09/08/2006) |
| 09/27/2006 | 27 | NOTICE of Appearance by Jennifer E. Watson on behalf of THE FIRST INVESTMENT COMPANY OF COLUMBUS OHIO, EVERHOME MORTGAGE COMPANY (Watson, Jennifer) (Entered: 09/27/2006) |
| 09/27/2006 | 28 | First MOTION for Extension of Time to File Answer as to 1 Complaint by EVERHOME MORTGAGE COMPANY. (Attachments: # 1 Exhibit A - Letter from Plaintiff's Counsel)(Watson, Jennifer) Modified on 9/28/2006 to correctly link document (dm). (Entered: 09/27/2006) |
| 09/28/2006 | | CLERK'S OFFICE QUALITY CONTROL MESSAGE. re 28 First MOTION for Extension of Time to File Answer to 1 Complaint. ERROR: Proposed Order was made part of main document. CORRECTION: Attorney advised that in future proposed orders are to be made attachments to the main document. This message is for informational purposes only. (dm) (Entered: 09/28/2006) |
| 09/28/2006 | 29 | ORDER granting 28 Motion for Extension of Time to File Response/Reply Responses due by 10/26/2006. Signed by Judge Sean J. McLaughlin on 9/28/06.(nk) (Entered: 09/28/2006) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/04/2006 14:15:18 | | | |
| **PACER Login:** | wl0712 | **Client Code:** | oevmpa-00001 |
| **Description:** | Docket Report | **Search Criteria:** | 1:04-cv-00316-SJM |
| **Billable Pages:** | 2 | **Cost:** | 0.16 |