**Malcolm L. Pollard, Esquire**
4845 Westlake Road #119
Erie, PA 16505
(814)-838-8258
Fax: (814)-838-8452

September 27, 2006

SENT BY FAX TO:
614-481-7294

Mr. Douglas A. Simson, President
First Investment Company
1885 Northwest Boulevard
Columbus, OH 43212

Re:    United States of America, ex rel., and William L. Fry
       v. First Investment, et al., Civil Action No. 04-316E
       (ECF No. 1:04-cv-00316)

Dear Sir:

On July 29, 2006, by certified mail, you were served with a **COMPLAINT FOR MONETARY DAMAGES AND OTHER RELIEF UNDER THE FALSE CLAIM ACT**. Included with the Complaint was a **Waiver of Service of Summons** which you executed and we filed with the District Court. The District Court upon docketing said Waiver of Service, as noted below, assigned a due date of today, September 27, 2006, for the filing of an answer by First Investment to the Complaint.

| 09/07/2006 | 26 | WAIVER OF SERVICE Returned Executed by WILLIAM L. FRY, THE FIRST INVESTMENT COMPANY OF COLUMBUS OHIO waiver sent on 7/29/2006, answer due 9/27/2006. (sdp) (Entered: 09/08/2006) |
|---|---|---|

Upon today's review of the Docket of the District Court it appears that neither a notice of appearance by your attorney nor a motion for an extension of time has been filed with the Court.

We suggest that you immediately contact the attorney that is representing First Investment in this matter and request that a notice of appearance and that a motion be filed immediately with the District Court requesting an extension for filing First Investment's answer. As the counsel for Everhome has requested an extension, we will agree to a similar extension for First Investment for 30 days to October 26, 2006.

This letter may be used as an exhibit and serve as our agreement to said extension.

Sincerely,

*Malcolm L. Pollard*

Malcolm L. Pollard, Esquire

Rx time:09/27/2006 12:05                    Rx No.:868 P.001