# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>, ) <br> and ) <br> William L. Fry ) CIVIL ACTION NO:  1:04-CV-00316 <br> 113 Garloch Drive ) <br> Erie, PA 16505, ) JUDGE SEAN J. MCLAUGHLIN <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> First Investment Company of Columbus, ) <br> Ohio, ) <br> ) <br> Defendant. ) <br> ) <br> ) | |

## ORDER OF COURT

AND NOW, this _____ day of _____, 2006, upon consideration of Defendant's Consented to Motion for Extension of Time to File a Response, it is ORDERED, ADJUDGED AND DECREED that the deadline for filing Defendant's response is extended until October 26, 2006.

BY THE COURT:

_____J.