UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. WILLIAM L. FRY,<br><br>    Relator,<br><br>v.<br><br>FIRST INVESTMENT COMPANY, et al.,<br><br>    Defendants. | CIVIL ACTION<br>No. 04-1316<br>(Judge McLaughlin) |

## DEFENDANT EVERHOME'S MOTION TO DISMISS

Defendant EverHome Mortgage Company, formerly Alliance Mortgage Company ("EverHome") hereby moves to dismiss Relator William L. Fry's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 9(b).

In support of this Motion, EverHome submits, in conjunction with Defendant First Investment Company, the accompanying Defendants' Memorandum in Support of Their Motions to Dismiss. As explained in that memorandum, this Court is without jurisdiction to hear these claims, the Complaint fails to state a claim upon which relief can be granted, the Complaint fails to comply with the pleading requirements of Rule 9(b), and many of the claims are time-barred.

WHEREFORE, for the reasons stated above and in the Memorandum supporting this Motion, EverHome respectfully requests that the Court dismiss the Complaint in its entirety.

        Respectfully submitted,

        EVERHOME MORTGAGE COMPANY,


        By: _____
            Jennifer E. Watson, Esq.
            WILBRAHAM LAWLER & BUBA
            Two Gateway Center, 17N
            Pittsburgh, PA  15222
            TEL:  (412) 255-0662
            FAX:  (412) 255-0505

            Attorney for Defendant EverHome
            Mortgage Company

OF COUNSEL:

| | |
|---|---|
| Roberto M. Braceras, Esq. | Sarah S. Keast, Esq. |
| Goodwin | Procter LLP | Goodwin | Procter LLP |
| Exchange Place | 901 New York Avenue, N.W. |
| Boston, MA  02109 | Washington, D.C. 20001 |
| Tel: 617/570-1000 | Tel: 202/346-4000 |

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 26th day of October, 2006, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

      Malcolm L. Pollard, Esq.
      485 Westlake Road #119
      Erie, Pennsylvania 16505
      Tel: 814/838-8258
      Fax: 814/838-8452

      Attorney for Relator


      Mary Beth Buchanan, United States Attorney, Western District of Pennsylvania
      Robert L. Eberhardt, Assistant United States Attorney
      U.S. Post Office and Courthouse
      700 Grant Street, Suite 4000
      Pittsburgh, PA   15219
      (412) 894-7353
      (412) 644-6995 (fax)

      David Leviss, Trial Attorney
      U.S. Department of Justice
      Commercial Litigation Branch
      P.O. Box 261
      Ben Franklin Station
      Washington, D.C.   20044
      (202) 353-2680
      (202) 307-3852 (fax)

      Attorneys for the United States of America


                                        s/ Jennifer E. Watson