UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. WILLIAM L. FRY,<br><br>    Relator,<br><br>v.<br><br>FIRST INVESTMENT COMPANY, et al.,<br><br>    Defendants. | CIVIL ACTION<br>No. 04-316<br>(Judge McLaughlin) |

**DEFENDANT EVERHOME'S MOTION TO DISMISS**

Defendant EverHome Mortgage Company, formerly Alliance Mortgage Company ("EverHome") hereby moves to dismiss Relator William L. Fry's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(6), and 9(b).

In support of this Motion, EverHome submits, in conjunction with Defendant First Investment Company, the accompanying Defendants' Memorandum in Support of Their Motions to Dismiss. As explained in that memorandum, this Court is without jurisdiction to hear these claims, the Complaint fails to state a claim upon which relief can be granted, the Complaint fails to comply with the pleading requirements of Rule 9(b), and many of the claims are time-barred.

WHEREFORE, for the reasons stated above and in the Memorandum supporting this Motion, EverHome respectfully requests that the Court dismiss the Complaint in its entirety.

Respectfully submitted,

EVERHOME MORTGAGE COMPANY,

By: s/ Jennifer E. Watson
    Jennifer E. Watson, Esq.
    WILBRAHAM LAWLER & BUBA
    Two Gateway Center, 17N
    Pittsburgh, PA 15222
    TEL: (412) 255-0662
    FAX: (412) 255-0505

Attorney for Defendant EverHome Mortgage Company

OF COUNSEL:

| | |
|---|---|
| Roberto M. Braceras, Esq. | Sarah S. Keast, Esq. |
| Goodwin \| Procter LLP | Goodwin \| Procter LLP |
| Exchange Place | 901 New York Avenue, N.W. |
| Boston, MA 02109 | Washington, D.C. 20001 |
| Tel: 617/570-1000 | Tel: 202/346-4000 |

## CERTIFICATE OF SERVICE

I hereby certify that on the 26th day of October, 2006, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

Malcolm L. Pollard, Esq.
485 Westlake Road #119
Erie, Pennsylvania 16505
Tel: 814/838-8258
Fax: 814/838-8452

Attorney for Relator


Mary Beth Buchanan, United States Attorney, Western District of Pennsylvania
Robert L. Eberhardt, Assistant United States Attorney
U.S. Post Office and Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA  15219
(412) 894-7353
(412) 644-6995 (fax)

David Leviss, Trial Attorney
U.S. Department of Justice
Commercial Litigation Branch
P.O. Box 261
Ben Franklin Station
Washington, D.C.  20044
(202) 353-2680
(202) 307-3852 (fax)

Attorneys for the United States of America


s/ Jennifer E. Watson