UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. WILLIAM L. FRY,<br><br>　　　Relator,<br><br>v.<br><br>FIRST INVESTMENT COMPANY, et al.,<br><br>　　　Defendants. | CIVIL ACTION<br>No. 04-316<br>(Judge McLaughlin) |

## [PROPOSED] ORDER

## REGARDING EVERHOME'S MOTION TO DISMISS

Defendant EverHome Mortgage Company ("EverHome") has moved to dismiss the Complaint in this case, as set forth in EverHome's motion to dismiss and the supporting joint memorandum.

Upon consideration of EverHome's motion to dismiss, it is hereby ORDERED:

The Complaint in this case is DISMISSED with prejudice as to Defendant EverHome.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　UNITED STATE DISTRICT JUDGE

Dated: _____