UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. WILLIAM L. FRY,<br><br>    Relator,<br><br>v.<br><br>FIRST INVESTMENT COMPANY, et al.,<br><br>    Defendants. | CIVIL ACTION<br>No. 04-316<br>(Judge McLaughlin) |

## [PROPOSED] ORDER

### REGARDING FIRST INVESTMENT'S MOTION TO DISMISS

Defendant First Investment Company ("First Investment") has moved to dismiss the Complaint in this case, as set forth in First Investment's motion to dismiss and the supporting joint memorandum.

Upon consideration of First Investment's motion to dismiss, it is hereby ORDERED:

The Complaint in this case is DISMISSED with prejudice as to Defendant First Investment.

_____
UNITED STATE DISTRICT JUDGE

Dated: _____