UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. WILLIAM L. FRY,<br><br>    Relator,<br><br>v.<br><br>FIRST INVESTMENT COMPANY, et al.,<br><br>    Defendants. | CIVIL ACTION<br>No. 1:04-CV-00316<br>(Judge McLaughlin) |

## EVERHOME MORTGAGE COMPANY'S DISCLOSURE STATEMENT

    Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for EverHome Mortgage Company, in the above captioned action, certifies that there are no parents, subsidies and/or affiliates of said party that have issued shares or debt securities to the public. Further pursuant to Local Rule 7.1.1(c), EverHome Mortgage Company states that it is primarily in the business of originating and servicing mortgage loans.

       Respectfully submitted,

       EVERHOME MORTGAGE COMPANY,

       By: __/s/ Jennifer E. Watson
           Jennifer E. Watson, Esq.
           WILBRAHAM LAWLER & BUBA
           Two Gateway Center, 17N
           Pittsburgh, PA  15222
           TEL:  (412) 255-0662
           FAX:  (412) 255-0505

           Attorney for Defendant EverHome
           Mortgage Company

OF COUNSEL:

| | |
|---|---|
| Roberto M. Braceras, Esq. | Sarah S. Keast, Esq. |
| Goodwin Procter LLP | Goodwin Procter LLP |
| Exchange Place | 901 New York Avenue, N.W. |
| Boston, MA  02109 | Washington, D.C. 20001 |
| Tel: 617/570-1000 | Tel: 202/346-4000 |

## CERTIFICATE OF SERVICE

      I hereby certify that on the 2nd day of November, 2006, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

      Malcolm L. Pollard, Esq.
      485 Westlake Road #119
      Erie, Pennsylvania 16505
      Tel:  814/838-8258
      Fax:  814/838-8452

      Attorney for Relator


      Mary Beth Buchanan, United States Attorney, Western District of Pennsylvania
      Robert L. Eberhardt, Assistant United States Attorney
      U.S. Post Office and Courthouse
      700 Grant Street, Suite 4000
      Pittsburgh, PA   15219
      (412) 894-7353
      (412) 644-6995 (fax)

      David Leviss, Trial Attorney
      U.S. Department of Justice
      Commercial Litigation Branch
      P.O. Box 261
      Ben Franklin Station
      Washington, D.C.   20044
      (202) 353-2680
      (202) 307-3852 (fax)

      Attorneys for the United States of America


                                      s/ Jennifer E. Watson