UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex. rel. WILLIAM L. FRY,<br><br>    Relator,<br><br>v.<br><br>FIRST INVESTMENT COMPANY, et al.,<br><br>    Defendants. | CIVIL ACTION<br>No.  1:04-CV-00316<br>(Judge McLaughlin) |

**FIRST INVESTMENT COMPANY'S DISCLOSURE STATEMENT**

Pursuant to Local Rule 7.1.1 of the Western District of Pennsylvania and to enable Judges and Magistrate Judges to evaluate possible disqualification or recusal, the undersigned counsel for First Investment Company, in the above captioned action, certifies that there are no parents, subsidies and/or affiliates of said party that have issued shares or debt securities to the public.  Further pursuant to Local Rule 7.1.1(c), First Investment Company states that it primarily engages in the purchase of commercial real estate loans in central Ohio.

        Respectfully submitted,

        FIRST INVESTMENT COMPANY,


        By: _ /s/ Jennifer E. Watson
            Jennifer E. Watson, Esq.
            WILBRAHAM LAWLER & BUBA
            Two Gateway Center, 17N
            Pittsburgh, PA  15222
            TEL:  (412) 255-0662
            FAX:  (412) 255-0505

            Attorney for Defendant First
            Investment Company

OF COUNSEL:

| | |
|---|---|
| Roberto M. Braceras, Esq. | Sarah S. Keast, Esq. |
| Goodwin \| Procter LLP | Goodwin \| Procter LLP |
| Exchange Place | 901 New York Avenue, N.W. |
| Boston, MA  02109 | Washington, D.C. 20001 |
| Tel: 617/570-1000 | Tel: 202/346-4000 |

Case 1:04-cv-00316-SJM    Document 43    Filed 11/03/2006    Page 2 of 3

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 2nd day of November, 2006, I electronically transmitted the attached document to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to the following ECF registrants:

  Malcolm L. Pollard, Esq.
  485 Westlake Road #119
  Erie, Pennsylvania 16505
  Tel:  814/838-8258
  Fax:  814/838-8452

  Attorney for Relator


  Mary Beth Buchanan, United States Attorney, Western District of Pennsylvania
  Robert L. Eberhardt, Assistant United States Attorney
  U.S. Post Office and Courthouse
  700 Grant Street, Suite 4000
  Pittsburgh, PA   15219
  (412) 894-7353
  (412) 644-6995 (fax)

  David Leviss, Trial Attorney
  U.S. Department of Justice
  Commercial Litigation Branch
  P.O. Box 261
  Ben Franklin Station
  Washington, D.C.   20044
  (202) 353-2680
  (202) 307-3852 (fax)

  Attorneys for the United States of America


              /s/ Jennifer E. Watson