IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>, | : | |
| and William L. Fry | : | |
| Plaintiffs | : | CIVIL ACTION NO: 04-316E |
| v. | : | |
| FIRST INVESTMENT COMPANY, et al. | : | |
| Defendants | : | |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2006, upon consideration of Plaintiff's CONSENTED TO MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE, it is ORDERED, ADJUDGED AND DECREED that the deadline for filing Plaintiff's response is extended thirty (30) days until December 16, 2006.

By: _____
J., United States District Court