IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>, : | |
| and : | |
| William L. Fry : | CIVIL ACTION NO: 04-316E |
| Plaintiffs : | |
| v. : | |
| FIRST INVESTMENT COMPANY, et al. : | |
| Defendants : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the __13th__ day of __November__, __2006__, true and correct copies of the following document(s):

1. **CONSENTED TO MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE**

was/were served electronically on the following parties:

For the United States of America:
  Robert L. Eberhardt, Assistant U.S. Attorney
  U.S. Post Office and Courthouse
  700 Grant Street, Suite 4000
  Pittsburgh, PA 15219

For the Defendants First Investment Company and Everhome Mortgage:
  Jennifer E. Watson, Esquire
  WILBRAHAM, LAWLER & BUBA
  603 Stanwix Street
  Two Gateway Center, 17 North
  Pittsburgh, PA  15222

By: /S/ Malcolm L. Pollard
  Malcolm L. Pollard, Esquire
  Pa. Supreme Court Number 34906
4845 Westlake Road #119
Erie, PA 16505
Telephone: 814-838-8258
Telecopier: 814-838-8452