**GOODWIN | PROCTER**

Roberto M. Braceras
617.570.1895
goodwinprocter.com

Goodwin Procter LLP
Counsellors at Law
Exchange Place
Boston, MA 02109
T: 617.570.1000
F: 617.523.1231

December 14, 2006

*By Facsimile and First-Class Mail*

Malcolm L. Pollard, Esq.
4845 Westlake Road #119
Erie, PA 16505

Re:   United States ex rel. William L. Fry v. First Investment Company and EverHome Mortgage Company, Civil Action No. 04-316

Dear Mr. Pollard:

I am writing to confirm that First Investment Company and EverHome Mortgage Company assent to *one* additional 30-day extension for the plaintiff/relator to respond to defendants' Motion to Dismiss. We hope that such an extension — should the Court grant it — will facilitate possible settlement of this case. We note, however, that this is the second and last request for an extension to which we will assent.

I look forward to hearing from you regarding a possible settlement offer.

Sincerely,

Roberto M. Braceras

cc:   Jennifer E. Watson, Esq.
      Sarah Keast, Esq.

LIBW/1614059.1

EXHIBIT 1