IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>, | : |
| and | : |
| William L. Fry | : CIVIL ACTION NO: 04-316E |
| Plaintiffs | : |
| v. | : |
| FIRST INVESTMENT COMPANY, et al. | : |
| Defendants | : |

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the   15th   day of   December  ,  2006  , true and correct copies of the following document(s):

1. **SECOND CONSENTED TO MOTION FOR EXTENSION OF TIME TO FILE A RESPONSE**

was/were served electronically on the following parties:

For the United States of America:
  Robert L. Eberhardt, Assistant U.S. Attorney
  U.S. Post Office and Courthouse
  700 Grant Street, Suite 4000
  Pittsburgh, PA 15219

For the Defendants First Investment Company and Everhome Mortgage:
  Jennifer E. Watson, Esquire          Roberto M. Braceras, Esquire
  WILBRAHAM, LAWLER & BUBA             GOODWIN PROCTER, LLP
  603 Stanwix Street                   Exchange Place
  Two Gateway Center, 17 North         Boston, MA 02109
  Pittsburgh, PA  15222

                    By:    /S/ Malcolm L. Pollard
                           Malcolm L. Pollard, Esquire
                           Pa. Supreme Court Number 34906
                    4845 Westlake Road #119
                    Erie, PA 16505
                    Telephone: 814-838-8258
                    Telecopier: 814-838-8452