IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, ex rel.,           :
and                                          :
William L. Fry                               :        CIVIL ACTION NO: _C4-316E_
                                Plaintiffs   :
        v.                                   :
FIRST INVESTMENT COMPANY, et al.             :
                                Defendants   :

### AFFIDAVIT OF WILLIAM L. FRY

Before me the undersigned authority, a Notary Public, in and for said state and county,

personally appeared _William L. Fry_ of _1113 Garloch Drive, Erie, PA 16505_, who, being sworn

according to law, deposes and says the following:

I, _William L. Fry_, the Plaintiff/Relator in the matter before this court, certify that the

statements made in this FIRST AMENDED COMPLAINT FOR MONETARY DAMAGES

AND OTHER RELIEF UNDER THE FALSE CLAIM ACT are true and correct to the best of

my knowledge and belief. I understand that false statements herein are made subject to the

penalties of 18 Pa.C.S. 4904, relating to unsworn falsification to authorities.


_1/16/2007_                              _William L. Fry_
Date                                     William L. Fry


SWORN TO and subscribed before me this _16_ day

of _16 JANUARY_, 2007.


_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
Notarial Seal
Malcolm L. Pollard, Notary Public
Millcreek Twp., Erie County
My Commission Expires Nov. 11, 2008