# DELOITTE & TOUCHE LLP
## 235 & NEHEMIAH DEPARTMENT
### PHONE: 918/461-4718~-FAX:918/477-6411

## FACSIMILE TRANSMITTAL SHEET

| TO: | FROM: |
|---|---|
| Gail | Sha Terrell, Loan Analyst |
| COMPANY: | DATE: |
| Congressman English | 8/7/2003 |
| FAX NUMBER: | TOTAL NO. OF PAGES INCLUDING COVER: |
| 814/838-8653 | 4 |
| PHONE NUMBER: | SENDER'S REFERENCE NUMBER: |
| | |
| RE: | FILE #: |
| William Fry | 442-0903364 |

☐ URGENT  ☐ FOR REVIEW  ☐ PLEASE COMMENT  ☐ PLEASE REPLY  ☐ PLEASE RECYCLE

NOTES/COMMENTS:

Please see the following. These are the only screen prints that I have access to. Please contact Herman Wright at the Tulsa Hud office for further information. I believe he has access to more HUD screens than I do. His direct number is 918/581-7168 x 3019. You may have to dial "0" to have him paged.

Thank you!

EXHIBIT
1

```
DATE 08/07/03         S.F.I.S. GENERAL CASE DATA           FUNCTION E 01
TIME 18:03:58                                       NEXT CASE NO 442-0903364
 FHA CASE NUMBER: 442-0903364      BILLING TYPE:   1    REFI INDICATOR:
 SECTION OF ACT: 0266              BILLING STATUS: B    FUND CODE: SPECIAL
 CASE STATUS: A ACTIVE             AMORTIZATN PLAN:     SHR ELIG: (SEE M01)
 HOLDER: 39082   SERVICER: 08411   GRAD MTG TYPE:  0
 SSN:            SSN-TIN: S        CO-INSURANCE:
 MORTGAGOR:                        PROPERTY ADDRESS:
   FRY WILLIAM L & MARY A            1113  GARLOCH DR
 ORIG AMT INSURED:  $    55,000     ERIE                  PA 16505
 UNPAID PRINC BAL:  $    41,841.87 APPRAISAL AMOUNT:  $    62,000
 MONTHLY PAYMT P-I: $       717.48 ALLOW CLOSING COST: $          0
 PERIODIC MIP ------                RATES---
   CURRENT:  $      24.95            INTEREST:  15.500   PREMIUM: .0070
   PREVIOUS: $      26.01          TERMS---
 REASON CHANGE    :     MIP          LOAN(MONTHS):  360  BILLING(YRS):   30
 DATE CHANGE      : 08/99                          FINAL BILL DATE: 08/12
 PREMIUM --                         DATES (MM/YY)---
   MONTHLY EARNED: $        0.00     BEG AMORT:   09/82  MATURITY:  09/12
   TOTAL PREPAID:  $        0.00     TRANSF/TERM: 03/97  LAST BILL: 07/03
 BILL TYPE CATEGORY:                CLOSING DTE:
 LOAN-VALUE RATIO:        88.70     LAST UPDATE: 04/28/01
ENTER=PROCESS   F1=HELP   F2=SIGN OFF   F3=CHANGE   CLEAR=MENU
```

```
DATE 08/07/03        S.F.I.S DISPLAY INSTITUTION DATA      FUNCTION H 01
TIME 18:07:42                                              NEXT CASE NO 442-0903364


MORTGAGEE NUMBER _____    BRANCH OFFICE ID:


   HOME OFC ID:      0000   STATUS CODE  T  MTGEE TYPE 3   INST TYPE 80


         INSTITUTION NAME   FIRST INVESTMENT COMPANY


         MAILING  ADDRESS


              STREET    1885 NORTHWEST BOULEVARD


              CITY      COLUMBUS


              STATE     OH


           ZIP CODE     43212


         PHONE NUMBER   614 / 239 - 4600



ENTER=PROCESS   F1=HELP   F2=SIGN OFF   F3=CHANGE   CLEAR=MENU
```

```
DATE 08/07/03       S.F.I.S DISPLAY INSTITUTION DATA       FUNCTION H 01
TIME 18:09:03                                              NEXT CASE NO


MORTGAGEE NUMBER          BRANCH OFFICE ID:


HOME OFC ID:      0000    STATUS CODE  A   MTGEE TYPE 3   INST TYPE 80


   INSTITUTION NAME       ALLIANCE MORTGAGE CO


   MAILING  ADDRESS


          STREET          8100 NATIONS WAY


          CITY            JACKSONVILLE


          STATE           FL


      ZIP CODE            32256


   PHONE NUMBER           904 / 281 - 6000



ENTER=PROCESS   F1=HELP   F2=SIGN OFF   F3=CHANGE   CLEAR=MENU
```

```
DATE 08/07/03        S.F.I.S. SERVICER MTGEE HISTORY         FUNCTION E 03
TIME 16:06:42                                                NEXT CASE NO 442-0903364


FHA CASE NUMBER: 442-0903364   MORTGAGOR NAME:          FRY WILLIAM L & MARY F
SECTION OF ACT:  0266          CURRENT SERVICER:        08411
STATUS CODE:     ACTIVE        ORIGINAL MORTGAGE AMOUNT: $55,000
************************************************************************
OLD MTGEE  NEW MTGEE   DATE      TYPE * OLD MTGEE NEW MTGEE   DATE    TYPE


  38082     08411    97/03/01 MERGER










ENTER=PROCESS  F1=HELP   F2=SIGN OFF   F3=CHANGE   CLEAR=MENU
```



PHIL ENGLISH
3RD DISTRICT, PENNSYLVANIA

WAYS AND MEANS COMMITTEE

SUBCOMMITTEES
HUMAN RESOURCES
HEALTH
TRADE

JOINT ECONOMIC COMMITTEE

CHAIRMAN
CONGRESSIONAL STEEL CAUCUS
CONGRESSIONAL REAL ESTATE CAUCUS

## Congress of the United States
### House of Representatives
### Washington, DC 20515-3803

PLEASE REPLY TO:

☐ 1410 LONGWORTH HOUSE OFFICE BUILDING
   WASHINGTON, DC 20515-3803
   (202) 225-5406

☒ 208 EAST BAYFRONT PARKWAY, SUITE 102
   ERIE, PA 16507-2405
   (814) 456-2038

☐ 900 NORTH HERMITAGE ROAD, SUITE 8
   HERMITAGE, PA 16148-3243
   (724) 342-6132

☐ 312 CHESTNUT STREET, SUITE 114
   MEADVILLE, PA 16335-3208
   (814) 724-8414

☐ 101 EAST DIAMOND STREET, SUITE 218
   BUTLER, PA 16001-5944
   (724) 285-7005

☐ 325 PENNSYLVANIA AVENUE WEST
   WARREN, PA 16365-2414
   (814) 723-7282

November 3, 2003

Mr. William Fry
1113 Garloch Drive
Erie, PA 16505



Dear Mr. Fry,

In further response to your inquiry, I have received the following information from HUD via telephone:

The questions that you posed in regard to the responsibilities and obligations of a "sub-servicer" can not be answered as presented. In other words, your questions can not be answered by HUD because there is no such thing as a "sub-servicer" as HUD does not recognize either "sub-servicer" or "sub-servicing" as being valid terms in relation to HUD insured mortgages.

Some information is available concerning your mortgage file. Your FHA case number is no longer on file so there is no FHA mortgage insurance, however, your mortgage information is still available through other means. The eligibility for the mortgage subsidy terminated at the time the foreclosure was initiated in 1992. First Investment Company is listed as the holder of the mortgage. Alliance Mortgage Company is listed as servicer. HUD records show a merger between First Investment and Alliance Mortgage.

We will inform you as soon as possible when we receive additional information from HUD.

Sincerely,

Gail Sherrod
District Representative for
Phil English, MC, PA-03

EXHIBIT
2

## SUB-SERVICING AGREEMENT

This Sub-Servicing Agreement ("Agreement") is entered into between Alliance Mortgage Company ("Alliance"), a Florida corporation, whose address is 4500 Salisbury Road, Jacksonville, Florida 32216 and First Investment Company ("Servicer"), a corporation organized under the laws of the state of Ohio, whose address is 4300 Broad Street, Columbus, Ohio 43213.

### W I T N E S S E T H:

WHEREAS, Servicer owns or will own certain Unsold Mortgages and owns or will own the servicing rights to certain Government National Mortgage Association, Federal National Mortgage Association, Federal Home Loan Mortgage Corporation or Private Investor Loans;

WHEREAS, Servicer desires to contract with Alliance to sub-service the Mortgage Loans on behalf of Servicer;

WHEREAS, Alliance desires to undertake certain sub-servicing responsibilities in regard to the Mortgage Loans;

WHEREAS, Servicer and Alliance acknowledge and agree that Servicer is not assigning to Alliance its rights and obligations under the Servicing Agreements, but is merely delegating to Alliance certain duties as set forth in this Agreement;

WHEREAS, Servicer and Alliance have agreed upon the terms set forth herein;

NOW, THEREFORE, in consideration of the premises, the mutual covenants and promises contained herein, and other good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, the parties do hereby agree as follows:

### ARTICLE I

### DEFINITIONS

All words or phrases defined in this Article I (except as herein otherwise expressly provided or unless the context otherwise requires) shall, for the purposes of this Agreement, have the respective meanings specified in this Article.

1.1    Advances means any Corporate Advances made by Alliance.

EXHIBIT
3

HUD Assistance Billings by Everhome Mortgage (f.k.a. Alliance Mortgage)

| HUD Billing Date | No of Signed Forms | Name | Signed Title | Date | No of Units A | No of Units B | Assistance Payment | Handling Charge | Total Payment |
|---|---|---|---|---|---|---|---|---|---|
| 01/01/00 | 2 | Otto Regaldo | VP | 12/17/99 | 381 | 373 | 68639.19 | 1086.00 | 69725.19 |
| 02/01/00 | 2 | Pam Rothenberg | VP | 01/20/00 | 359 | 351 | 67350.51 | 1038.00 | 68388.55 |
| 03/01/00 | 6 | Pam Rothenberg | VP | 02/28/00 | 365 | 336 | 66292.33 | 1044.00 | 67336.33 |
| 04/01/00 | 2 | Dennis M Boyle | SVP | 03/17/00 | 379 | 350 | 66828.59 | 1050.00 | 67878.59 |
| 05/01/00 | 2 | Dennis M Boyle | SVP | 04/18/00 | 454 | 447 | 60272.77 | 1038.00 | 61310.77 |
| 06/01/00 | 1 | Dennis M Boyle | SVP | 05/18/00 | 348 | 340 | 62295.91 | 978.00 | 63273.91 |
| 07/01/00 | 33 | Dennis M Boyle | SVP | 06/19/00 | 564 | 536 | 108076.26 | 1608.00 | 109684.26 |
| 08/01/00 | 2 | Dennis M Boyle | SVP | 07/18/00 | 497 | 447 | 86132.35 | 1341.00 | 87473.35 |
| 09/01/00 | 2 | Dennis M Boyle | SVP | 08/18/00 | 475 | 429 | 81758.28 | 1281.00 | 83039.28 |
| 10/01/00 | 2 | Dennis M Boyle | SVP | 09/18/00 | 461 | 453 | 82509.22 | 1239.00 | 83748.22 |
| 11/01/00 | 2 | Dennis M Boyle | SVP | 10/17/00 | 428 | 391 | 78476.30 | 1167.00 | 79643.28 |
| 12/01/00 | 2 | Donna D Hughes | VP | 11/17/00 | 421 | 382 | 79146.59 | 1146.00 | 80292.59 |
| 01/01/01 | 1 | Donna D Hughes | VP | 12/01/06 | 408 | 404 | 77535.03 | 1062.00 | 78597.03 |
| 02/01/01 | 1 | Donna D Hughes | VP | 01/17/01 | 381 | 379 | 72554.15 | 1056.00 | 73610.15 |
| 03/01/01 | 1 | Donna D Hughes | VP | 02/16/01 | 363 | 361 | 78073.81 | 1032.00 | 79105.81 |
| 04/01/01 | 1 | Kathy Stephens |  | 03/26/01 | 345 | 333 | 76026.88 | 1017.00 | 77043.88 |
| 05/01/01 | 55 | Donna D Hughes | VP | 04/17/01 | 375 | 368 | 76088.75 | 1002.00 | 77090.75 |
| 06/01/01 | 1 | Donna D Hughes | VP | 05/17/01 | 377 | 363 | 77931.88 | 1056.00 | 78987.88 |
| 07/01/01 | 1 | Donna D Hughes | VP | 06/18/01 | 375 | 369 | 77058.74 | 1047.00 | 78105.74 |
| 08/01/01 | 1 | Dennis M Boyle | SVP | 07/17/01 | 359 | 338 | 76747.97 | 1017.00 | 77764.97 |
| 09/01/01 |  | missing |  |  |  |  |  |  |  |
| 10/01/01 | 1 | Donna D Hughes | VP | 09/17/01 | 348 | 328 | 74988.63 | 984.00 | 75972.63 |
| 11/01/01 | 1 | Donna D Hughes | VP | 10/17/01 | 350 | 325 | 73427.53 | 975.00 | 74402.53 |
| 12/01/01 | 1 | Dennis M Boyle | SVP | 11/16/01 | 340 | 313 | 71816.68 | 939.00 | 72755.68 |
| 01/01/02 | 1 | No Sig. Page |  |  | 328 | 304 | 70514.26 | 912.00 | 71426.26 |
| 02/01/02 | 1 | Kathy Stephens | SSL | 01/16/02 | 334 | 307 | 70050.91 | 921.00 | 70971.91 |
| 03/01/02 | 1 | Alice Gronert |  | 02/18/02 | 326 | 303 | 69582.93 | 909.00 | 70491.93 |
| 04/01/02 | 1 | Larry Perry | SSL | 03/18/02 | 322 | 298 | 70722.97 | 894.00 | 71616.97 |
| 05/01/02 | 1 | Larry Perry | SSL | 04/17/02 | 309 | 292 | 69088.48 | 876.00 | 69964.48 |
| 06/01/02 | 1 | Larry Perry | SSL | 05/16/02 | 313 | 289 | 69434.81 | 867.00 | 70301.81 |
| 07/01/02 | 1 | Larry Perry | SSL | 06/17/02 | 293 | 285 | 66651.12 | 855.00 | 67506.12 |
| 08/01/02 | 1 | (unreadable) |  | 07/17/02 | 291 | 307 | 66615.05 | 873.00 | 67488.05 |
| 09/01/02 | 1 | Mary Grace Blair | MGR | 08/16/02 | 285 | 279 | 64221.26 | 827.00 | 65058.26 |
| 10/01/02 | 1 | Alice Gronert |  | 09/17/02 | 288 | 277 | 64432.14 | 837.00 | 65269.14 |
| 11/01/02 | 1 | Alice Gronert |  | 10/16/02 | 274 | 266 | 60588.91 | 798.00 | 61386.91 |
| 12/01/02 | 1 | Mary Grace Blair | MGR | 11/18/02 | 273 | 262 | 62085.70 | 786.00 | 62871.70 |
| 01/01/03 | 1 | Mary Grace Blair | MGR | 12/16/02 | 267 | 256 | 60770.67 | 768.00 | 61538.67 |
| 02/01/03 | 1 | Miss. Sig. Page |  |  | 264 | 253 | 59909.99 | 759.00 | 60668.99 |
| 03/01/03 | 1 | Mary Grace Blair | MGR | 02/18/03 | 256 | 251 | 59813.99 | 759.00 | 60572.99 |
| 04/01/03 | 1 | Mary Grace Blair | MGR | 03/17/03 | 266 | 247 | 61011.00 | 741.00 | 61752.00 |
| 05/01/03 | 1 | Mary Grace Blair | MGR | 04/16/03 | 389 | 368 | 87670.68 | 1104.00 | 88774.68 |
| 06/01/03 | 1 | No Sig. Page |  |  | 500 | 483 | 110753.23 | 1455.00 | 112208.23 |
| 07/01/03 | 1 | No Sig. Page |  |  | 373 | 360 | 81648.19 | 1080.00 | 82728.19 |
| 08/01/03 | 1 | No Sig. Page |  |  | 368 | 351 | 84174.23 | 1053.00 | 85227.23 |
| 09/01/03 | 1 | No Sig. Page |  |  | 365 | 348 | 83841.53 | 1044.00 | 84885.53 |
| 10/01/03 | 37 | Mary Grace Blair | MGR | 09/17/03 | 349 | 338 | 81486.56 | 1014.00 | 82500.56 |
| 11/01/03 | 39 | Mary Grace Blair | MGR | 10/17/03 | 354 | 343 | 83031.87 | 1029.00 | 84060.87 |
| 12/01/03 | 2 | Mary Grace Blair | MGR | 11/17/03 | 357 | 334 | 81397.98 | 1002.00 | 82399.98 |
| 01/01/04 | 1 | Alice Gronert |  | 12/16/03 | 352 | 329 | 77510.35 | 993.00 | 78503.35 |
| 02/01/04 | 1 | Alice Gronert |  | 01/16/04 | 353 | 328 | 80252.51 | 990.00 | 81242.51 |
| 03/01/04 | 58 | Mary Grace Blair | MGR | 02/18/04 | 344 | 323 | 77302.41 | 969.00 | 78271.41 |
| 04/01/04 | 29 | Mary Grace Blair | MGR | 03/17/04 | 333 | 323 | 77849.04 | 969.00 | 78818.04 |
| 05/01/04 | 37 | Mary Grace Blair | MGR | 04/16/04 | 329 | 319 | 75425.87 | 954.00 | 76379.87 |
| 06/01/04 | 37 | Alice Gronert | VP | 05/17/04 | 329 | 371 | 75053.85 | 951.00 | 76004.85 |

EXHIBIT 4

| Date | Count | Name | Title | Date2 | Col1 | Col2 | Amount1 | Amount2 | Total |
|---|---|---|---|---|---|---|---|---|---|
| 07/01/04 | 36 | Alice Gronert | VP | 06/16/04 | 325 | 313 | 71639.28 | 939.00 | 72598.28 |
| 08/01/04 | 44 | Alice Gronert | VP | 07/16/04 | 314 | 307 | 71586.12 | 921.00 | 72507.12 |
| 09/01/04 | 37 | Alice Gronert | VP | 08/17/04 | 316 | 314 | 74106.18 | 942.00 | 75048.18 |
| 10/01/04 | 38 | Mary Grace Blair | MGR | 09/16/04 | 324 | 314 | 71757.47 | 942.00 | 72699.47 |
| 11/01/04 | 40 | Mary Grace Blair | MGR | 10/19/04 | 322 | 308 | 72751.59 | 927.00 | 73678.59 |
| 12/01/04 | 39 | Mary Grace Blair | MGR | 11/17/04 | 317 | 308 | 73480.62 | 912.00 | 74392.62 |
| 01/01/05 | 35 | Mary Grace Blair | MGR | 12/30/99 | 293 | 294 | 70262.55 | 894.00 | 71156.55 |
| 02/01/05 | 38 | Mary Grace Blair | MGR | 01/18/05 | 299 | 290 | 67639.47 | 870.00 | 68509.47 |
| 03/01/05 | 42 | Mary Grace Blair | MGR | 02/17/05 | 298 | 286 | 70297.10 | 858.00 | 71155.10 |
| 04/01/05 | 26 | Alice Gronert | VP | 03/16/05 | 289 | 281 | 70756.13 | 843.00 | 71599.13 |
| 05/01/05 | 39 | Mary G Abernath | AVP | 04/18/05 | 285 | 278 | 67709.92 | 834.00 | 68543.92 |
| 06/01/05 | 37 | Mary G Abernath | AVP | 05/17/05 | 282 | 275 | 68183.16 | 825.00 | 69008.16 |
| 07/01/05 | 22 | Mary G Abernath | AVP | 06/16/05 | 279 | 275 | 66167.93 | 825.00 | 66992.93 |
| 08/01/05 | 28 | Mary G Abernath | AVP | 07/18/05 | 277 | 271 | 66526.39 | 813.00 | 67339.39 |
| 09/01/05 | 29 | Dennis M Boyle | SVP | 08/16/05 | 266 | 262 | 63602.63 | 786.00 | 64388.63 |
| 10/01/05 | 39 | Mary G Abernath | AVP | 09/16/05 | 266 | 259 | 62834.03 | 777.00 | 63611.03 |
| 11/01/05 | 33 | Mary G Abernath | AVP | 12/30/99 | 260 | 255 | 62404.28 | 765.00 | 63169.28 |
| 12/01/05 | 1 | Mary G Abernath | AVP | 11/17/05 | 265 | 250 | 62831.05 | 750.00 | 63581.05 |
| 01/01/06 | 32 | Mary G Abernath | AVP | 12/16/05 | 256 | 245 | 59646.59 | 725.00 | 60381.59 |
| 02/01/06 | 1 | Mary G Abernath | AVP | 01/17/06 | 253 | 241 | 59943.53 | 723.00 | 60666.53 |
| 03/01/06 | 1 | Mary G Abernath | AVP | 02/17/06 | 251 | 235 | 58974.98 | 705.00 | 59679.98 |
| 04/01/06 | 1 | Mary G Abernath | AVP | 03/16/06 | 245 | 234 | 58270.81 | 702.00 | 58972.81 |
| 05/01/06 | 1 | Mary G Abernath | AVP | 04/17/06 | 244 | 230 | 57569.37 | 690.00 | 58259.37 |
| 06/01/06 |   | missing |   |   |   |   |   |   |   |

```
                =====                                    ======  ======  ==========  ========  ==========
Totals:          1024                                    25463   24435   5471862.02  72160.00  5544062.04

Approximation calculations for 03/1997 to 10/2004
                 540  Actual 01/2000 to 10/2004          20216   19358   4232009.00  56936.00  4288975.00
                 442  Averaged 03/1997 to 12/1999        11390   10914   2447932.00  32266.00  2480232.00
                 ---                                     ------  ------  ----------  --------  ----------
                 982  Approximation totals               31606   30272   6679941.00  89202.00  6769207.00
```

# Mortgagee's Certification and Application for Assistance or Interest Reduction Payments

U.S. Department of Housing and Urban Development
Office of Housing
Federal Housing Commissioner

HUD/02007
S

See the instructions on the back of the form. Shaded areas are for HUD use only.

OMB Approval No. 2502-0081 (exp. ?

**Payee** (enter name, address and zip code of mortgagee or servicer)

ALLIANCE MORTGAGE COMPANY
Post Office Box  44040
ATTN:  DONNA HUGHES   235 Department
Jacksonville, Florida  32232

Mortgagee Control Number: 12/21/99
Mortgagee's Telephone Number: 904 281-6156

Indicate type of payment applied for (check as many as are applicable)
- [x] Assistance Payments under Section 235 (original program).
- [ ] Assistance Payments under Section 235 Revised.
- [x] Assistance Payments under Section 235 (Recaptured).
- [ ] Assistance Payments under Section 235 Revised/Recapture/10.
- [ ] Interest Reduction Payments under Section 236.

**Mortgagee Number:** 08411

Amounts Claimed cover all assistance or interest reduction payments to and including the payments due on the first day of: (Month) Jan (Year) 00

| Blk | Section of the Act | Number of Units A | Number of Units B | Assistance Payment | Handling Charge | Total Payment |
|---|---|---|---|---|---|---|
| 1 | 1. 235 (b) Original (I) (j) | 86 | 81 | $6,418.72 | $243.00 | $6,661.72 |
|   | 2. Adjustments | 1 | 1 | $122.15 | $3.00 | $125.15 |
|   | 3. Total | 87 | 82 | $6,540.87 | $246.00 | $6,786.87 |
| 2 | 1. 235 Revised (see suffix codes listed on back) | 190 | 188 | $36,441.09 | $564.00 | $37,005.09 |
|   | 2. Adjustments | 7 | 7 | $761.77 | $0 | $761.77 |
|   | 3. Total | 197 | 195 | $37,202.86 | $564.00 | $37,766.86 |
| 3 | 1. Recapture (see suffix codes listed on back) | 93 | 92 | $24,148.29 | $276.00 | $24,424.29 |
|   | 2. Adjustments | 4 | 4 | $747.17 | $0 | $747.17 |
|   | 3. Total | 97 | 94 | $24,895.46 | $276.00 | $25,171.46 |
| 4 | Summary Total (blocks 1, 2, and 3) | 381 | 373 | 68,639.19 | 1086.00 | 69,725.19 |
| 5 | 1. 235 Revised/Recapture/10 (see suffix codes listed on back) | | | $ | $ | $ |
|   | 2. Adjustments | | | $ | $ | $ |
|   | 3. Total | | | $ | $ | $ |
| 6 | 1. 236 ** | | | $ | | $ |
|   | 2. Adjustments | | | $ | | $ |
|   | 3. Total | | | $ | | $ |

\* Column A - show total units receiving assistance.
Column B - show total units billed, including billings for more than one month  (column B X 3.00 should equal handling charges).

\*\* On an attachment, show the FHA project number of each project included in this billing; the number of units in each project; the amount of payment f project; and, if the billing is for more than one month, show the number of months for which billing is made.

EXHIBIT 5

Previous editions are obsolete.

For sale by the Superintendent of Documents, U.S. Government Printing Office
Washington, DC 20402

form HUD-93102
ref. handbook ?

Warning: Section 1001 of Title 18, U.S.C. Statements or entries generally. Whoever, in any manner within the jurisdiction of any department or agency United States knowingly and willfully falsifies, conceals or covers up by any trick, scheme, or device a material fact, or makes any false, fictitious or fraud statements or misrepresentations, or makes or uses any false writing or document knowing the same to contain any false, fictitious or fraudulent statement entry, shall be fined not more than $10,000 or imprisoned not more than five years or both.

Instructions: Submit signed an original and one (1) copy of the billing to:

    U.S. Department of Housing and Urban Development
    Office of Finance and Accounting
    GPA - Subsidized Housing Programs Division
    Attn.: Accounts Payable Section
    Washington, D.C. 20410-3461

not later than the 20th of each month. Include assistance or interest reduction payments due on the first day of the following month. Do not include in the billing any assistance payments on behalf of any mortgagor if the required recertification, and applicable supporting documentation required by 24 CFR 235.350, have not been made pursuant to the requirements of such regulation.

The mortgagee control number (not to exceed of six digits), is to be the number contained in the mortgagee's records which will identify each separate billing. This is for cross reference and identification purposes. The check which the mortgagee receives for each billing will contain the number assigned to that billing by the mortgagee.

A. **Block 1 - Original 235 Program** - Show on line 1, the total assistance payments for: (1) mortgages insured under section 235(b) (prior to 1/5/76) (2) mortgages insured under section 235(j) and (3) mortgages insured under Section 235(i).

**Block 2 - Revised 235 Program** - Show on line 1, the total assistance payments for mortgages insured after 1/5/76: (1) mortgages with suffix codes 265,365 and 565; (2) mortgages with suffix codes 255, 355, 555, 285, 385 and 585.

**Block 3 - Revised 235 Program with Recapture** - Show on line total assistance payments for mortgages insured after 5/27/81 with codes 266, 366 and 566 and mortgagees with suffix codes 256, 356 556.

**Block 4** - Show the summary total of blocks 1, 2, and 3.

**Block 5 - 235 Revised/Recapture/10 Program** - Show on line 1, th assistance payments for mortgagees with suffix codes 246, 346 and Submit a separate form HUD-93102 for this program which should b accompanied by form HUD-300 or its adaptation listing all FHA case numbers reflecting the amount of assistance billed, handling charge for each case and total amount. The total amount should agree with amount on the front of this form.

**Block 6** - Identify interest rate reduction payments for multifamily mortgages insured under section 236(j). Submissions for section 2: billings are to be on a separate form HUD-93102 than submissions : section 235 billings.

B. **Block 1,2,3,5 and 6** - Show on line 2 a total of all adjustments, if an accompanied by a detailed explanation on form HUD-300 or its app adaptation.

C. **Blocks 1,2,3,5 and 6** - Add lines 1 and 2 and place the total on line :

D. If the prior period adjustments result in a negative figure (refund), pl deduct this amount from the current billing, if applicable, otherwise s this form with your refund check with an appropriate explanation.

**For Use by HUD, OFA**

| Reviewed by | Date | Approved by | Date |
|---|---|---|---|
| | | | |

Remarks:

Certification: The undersigned hereby certifies that: (a) each assistance payment or interest reduction payment included in this billing has been calculated in accordance with the applicable provisions of the HUD regulations; (b) there are no amounts included in this billing on behalf of mortgagors where the required recertifications and documentation set forth in 24 CFR 235.350 have not been made within the time limitations and in the manner prescribed in such regulation; (c) the amount of this billing is true and correct and has not been previously claimed or paid; (d) credits, where applicable, for previous payments made by HUD have been given; (e) supporting details record. work sheets together with a copy of this billing are being held in the mor ee's files; and (f) upon request of any authorized official of the Departm Housing and Urban Development or of the Comptroller General of the U States, it will furnish or make available for audit all aforementioned docu as required by the contract for assistance payments or interest reduction ments under Section 235 or 236 of the HUD regulations. Contract requirements are set forth in 24 CFR 235.201 et seq.

Signature and Title of Mortgagee or Servicer Official: *[signed]* Otto Regalado, Vice President

Date: 12/17/99

☆GPO : 1988 - 209-

Interest approximation for the period of March of 1997
from the implementation of the Sub-Servicing Agreement
through filing of suit in October of 2004

6679941.00 = subsidy estimate          89202.00 = handling charge estimate

| Month | Subsidy/92 | Accum | Int@7%yr | Accum | Handling/92 | Accum | Int@7%yr | Accum |
|---|---|---|---|---|---|---|---|---|
| 03/01/97 | 72608.00 | 72608.00 | 423.55 | 423.55 | 969.00 | 969.00 | 5.65 | 5.65 |
| 04/01/97 | 72608.00 | 145216.00 | 847.09 | 1270.64 | 969.00 | 1938.00 | 11.31 | 16.96 |
| 05/01/97 | 72608.00 | 217824.00 | 1270.64 | 2541.28 | 969.00 | 2907.00 | 16.96 | 33.92 |
| 06/01/97 | 72608.00 | 290432.00 | 1694.19 | 4235.47 | 969.00 | 3876.00 | 22.61 | 56.53 |
| 07/01/97 | 72608.00 | 363040.00 | 2117.73 | 6353.20 | 969.00 | 4845.00 | 28.26 | 84.79 |
| 08/01/97 | 72608.00 | 435648.00 | 2541.28 | 8894.48 | 969.00 | 5814.00 | 33.92 | 118.70 |
| 09/01/97 | 72608.00 | 508256.00 | 2964.83 | 11859.31 | 969.00 | 6783.00 | 39.57 | 158.27 |
| 10/01/97 | 72608.00 | 580864.00 | 3388.37 | 15247.68 | 969.00 | 7752.00 | 45.22 | 203.49 |
| 11/01/97 | 72608.00 | 653472.00 | 3811.92 | 19059.60 | 969.00 | 8721.00 | 50.87 | 254.36 |
| 12/01/97 | 72608.00 | 726080.00 | 4235.47 | 23295.07 | 969.00 | 9690.00 | 56.53 | 310.89 |
| 01/01/98 | 72608.00 | 798688.00 | 4659.01 | 27954.08 | 969.00 | 10659.00 | 62.18 | 373.07 |
| 02/01/98 | 72608.00 | 871296.00 | 5082.56 | 33036.64 | 969.00 | 11628.00 | 67.83 | 440.90 |
| 03/01/98 | 72608.00 | 943904.00 | 5506.11 | 38542.75 | 969.00 | 12597.00 | 73.48 | 514.38 |
| 04/01/98 | 72608.00 | 1016512.00 | 5929.65 | 44472.40 | 969.00 | 13566.00 | 79.14 | 593.51 |
| 05/01/98 | 72608.00 | 1089120.00 | 6353.20 | 50825.60 | 969.00 | 14535.00 | 84.79 | 678.30 |
| 06/01/98 | 72608.00 | 1161728.00 | 6776.75 | 57602.35 | 969.00 | 15504.00 | 90.44 | 768.74 |
| 07/01/98 | 72608.00 | 1234336.00 | 7200.29 | 64802.64 | 969.00 | 16473.00 | 96.09 | 864.83 |
| 08/01/98 | 72608.00 | 1306944.00 | 7623.84 | 72426.48 | 969.00 | 17442.00 | 101.75 | 966.58 |
| 09/01/98 | 72608.00 | 1379552.00 | 8047.39 | 80473.87 | 969.00 | 18411.00 | 107.40 | 1073.98 |
| 10/01/98 | 72608.00 | 1452160.00 | 8470.93 | 88944.80 | 969.00 | 19380.00 | 113.05 | 1187.03 |
| 11/01/98 | 72608.00 | 1524768.00 | 8894.48 | 97839.28 | 969.00 | 20349.00 | 118.70 | 1305.73 |
| 12/01/98 | 72608.00 | 1597376.00 | 9318.03 | 107157.31 | 969.00 | 21318.00 | 124.36 | 1430.08 |
| 01/01/99 | 72608.00 | 1669984.00 | 9741.57 | 116898.88 | 969.00 | 22287.00 | 130.01 | 1560.09 |
| 02/01/99 | 72608.00 | 1742592.00 | 10165.12 | 127064.00 | 969.00 | 23256.00 | 135.66 | 1695.75 |
| 03/01/99 | 72608.00 | 1815200.00 | 10588.67 | 137652.67 | 969.00 | 24225.00 | 141.31 | 1837.06 |
| 04/01/99 | 72608.00 | 1887808.00 | 11012.21 | 148664.88 | 969.00 | 25194.00 | 146.97 | 1984.03 |
| 05/01/99 | 72608.00 | 1960416.00 | 11435.76 | 160100.64 | 969.00 | 26163.00 | 152.62 | 2136.65 |
| 06/01/99 | 72608.00 | 2033024.00 | 11859.31 | 171959.95 | 969.00 | 27132.00 | 158.27 | 2294.92 |
| 07/01/99 | 72608.00 | 2105632.00 | 12282.85 | 184242.80 | 969.00 | 28101.00 | 163.92 | 2458.84 |
| 08/01/99 | 72608.00 | 2178240.00 | 12706.40 | 196949.20 | 969.00 | 29070.00 | 169.58 | 2628.41 |
| 09/01/99 | 72608.00 | 2250848.00 | 13129.95 | 210079.15 | 969.00 | 30039.00 | 175.23 | 2803.64 |
| 10/01/99 | 72608.00 | 2323456.00 | 13553.49 | 223632.64 | 969.00 | 31008.00 | 180.88 | 2984.52 |
| 11/01/99 | 72608.00 | 2396064.00 | 13977.04 | 237609.68 | 969.00 | 31977.00 | 186.53 | 3171.05 |
| 12/01/99 | 72608.00 | 2468672.00 | 14400.59 | 252010.27 | 969.00 | 32946.00 | 192.19 | 3363.24 |
| 01/01/00 | 72608.00 | 2541280.00 | 14824.13 | 266834.40 | 969.00 | 33915.00 | 197.84 | 3561.08 |
| 02/01/00 | 72608.00 | 2613888.00 | 15247.68 | 282082.08 | 969.00 | 34884.00 | 203.49 | 3764.57 |
| 03/01/00 | 72608.00 | 2686496.00 | 15671.23 | 297753.31 | 969.00 | 35853.00 | 209.14 | 3973.71 |
| 04/01/00 | 72608.00 | 2759104.00 | 16094.77 | 313848.08 | 969.00 | 36822.00 | 214.80 | 4188.50 |
| 05/01/00 | 72608.00 | 2831712.00 | 16518.32 | 330366.40 | 969.00 | 37791.00 | 220.45 | 4408.95 |
| 06/01/00 | 72608.00 | 2904320.00 | 16941.87 | 347308.27 | 969.00 | 38760.00 | 226.10 | 4635.05 |
| 07/01/00 | 72608.00 | 2976928.00 | 17365.41 | 364673.68 | 969.00 | 39729.00 | 231.75 | 4866.80 |
| 08/01/00 | 72608.00 | 3049536.00 | 17788.96 | 382462.64 | 969.00 | 40698.00 | 237.41 | 5104.21 |
| 09/01/00 | 72608.00 | 3122144.00 | 18212.51 | 400675.15 | 969.00 | 41667.00 | 243.06 | 5347.27 |
| 10/01/00 | 72608.00 | 3194752.00 | 18636.05 | 419311.20 | 969.00 | 42636.00 | 248.71 | 5595.98 |
| 11/01/00 | 72608.00 | 3267360.00 | 19059.60 | 438370.80 | 969.00 | 43605.00 | 254.36 | 5850.34 |
| 12/01/00 | 72608.00 | 3339968.00 | 19483.15 | 457853.95 | 969.00 | 44574.00 | 260.02 | 6110.35 |
| 01/01/01 | 72608.00 | 3412576.00 | 19906.69 | 477760.64 | 969.00 | 45543.00 | 265.67 | 6376.02 |
| 02/01/01 | 72608.00 | 3485184.00 | 20330.24 | 498090.88 | 969.00 | 46512.00 | 271.32 | 6647.34 |
| 03/01/01 | 72608.00 | 3557792.00 | 20753.79 | 518844.67 | 969.00 | 47481.00 | 276.97 | 6924.31 |
| 04/01/01 | 72608.00 | 3630400.00 | 21177.33 | 540022.00 | 969.00 | 48450.00 | 282.63 | 7206.94 |
| 05/01/01 | 72608.00 | 3703008.00 | 21600.88 | 561622.88 | 969.00 | 49419.00 | 288.28 | 7495.22 |
| 06/01/01 | 72608.00 | 3775616.00 | 22024.43 | 583647.31 | 969.00 | 50388.00 | 293.93 | 7789.15 |

EXHIBIT
6

| Date | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 07/01/01 | 72608.00 | 3848224.00 | 22447.97 | 606095.28 | 969.00 | 51357.00 | 299.58 | 8088.73 |
| 08/01/01 | 72608.00 | 3920832.00 | 22871.52 | 628966.80 | 969.00 | 52326.00 | 305.24 | 8393.96 |
| 09/01/01 | 72608.00 | 3993440.00 | 23295.07 | 652261.87 | 969.00 | 53295.00 | 310.89 | 8704.85 |
| 10/01/01 | 72608.00 | 4066048.00 | 23718.61 | 675980.48 | 969.00 | 54264.00 | 316.54 | 9021.39 |
| 11/01/01 | 72608.00 | 4138656.00 | 24142.16 | 700122.64 | 969.00 | 55233.00 | 322.19 | 9343.58 |
| 12/01/01 | 72608.00 | 4211264.00 | 24565.71 | 724688.35 | 969.00 | 56202.00 | 327.85 | 9671.43 |
| 01/01/02 | 72608.00 | 4283872.00 | 24989.25 | 749677.60 | 969.00 | 57171.00 | 333.50 | 10004.93 |
| 02/01/02 | 72608.00 | 4356480.00 | 25412.80 | 775090.40 | 969.00 | 58140.00 | 339.15 | 10344.08 |
| 03/01/02 | 72608.00 | 4429088.00 | 25836.35 | 800926.75 | 969.00 | 59109.00 | 344.80 | 10688.88 |
| 04/01/02 | 72608.00 | 4501696.00 | 26259.89 | 827186.64 | 969.00 | 60078.00 | 350.46 | 11039.33 |
| 05/01/02 | 72608.00 | 4574304.00 | 26683.44 | 853870.08 | 969.00 | 61047.00 | 356.11 | 11395.44 |
| 06/01/02 | 72608.00 | 4646912.00 | 27106.99 | 880977.07 | 969.00 | 62016.00 | 361.76 | 11757.20 |
| 07/01/02 | 72608.00 | 4719520.00 | 27530.53 | 908507.60 | 969.00 | 62985.00 | 367.41 | 12124.61 |
| 08/01/02 | 72608.00 | 4792128.00 | 27954.08 | 936461.68 | 969.00 | 63954.00 | 373.07 | 12497.68 |
| 09/01/02 | 72608.00 | 4864736.00 | 28377.63 | 964839.31 | 969.00 | 64923.00 | 378.72 | 12876.40 |
| 10/01/02 | 72608.00 | 4937344.00 | 28801.17 | 993640.48 | 969.00 | 65892.00 | 384.37 | 13260.77 |
| 11/01/02 | 72608.00 | 5009952.00 | 29224.72 | 1022865.20 | 969.00 | 66861.00 | 390.02 | 13650.79 |
| 12/01/02 | 72608.00 | 5082560.00 | 29648.27 | 1052513.47 | 969.00 | 67830.00 | 395.68 | 14046.46 |
| 01/01/03 | 72608.00 | 5155168.00 | 30071.81 | 1082585.28 | 969.00 | 68799.00 | 401.33 | 14447.79 |
| 02/01/03 | 72608.00 | 5227776.00 | 30495.36 | 1113080.64 | 969.00 | 69768.00 | 406.98 | 14854.77 |
| 03/01/03 | 72608.00 | 5300384.00 | 30918.91 | 1143999.55 | 969.00 | 70737.00 | 412.63 | 15267.40 |
| 04/01/03 | 72608.00 | 5372992.00 | 31342.45 | 1175342.00 | 969.00 | 71706.00 | 418.29 | 15685.69 |
| 05/01/03 | 72608.00 | 5445600.00 | 31766.00 | 1207108.00 | 969.00 | 72675.00 | 423.94 | 16109.63 |
| 06/01/03 | 72608.00 | 5518208.00 | 32189.55 | 1239297.55 | 969.00 | 73644.00 | 429.59 | 16539.22 |
| 07/01/03 | 72608.00 | 5590816.00 | 32613.09 | 1271910.64 | 969.00 | 74613.00 | 435.24 | 16974.46 |
| 08/01/03 | 72608.00 | 5663424.00 | 33036.64 | 1304947.28 | 969.00 | 75582.00 | 440.90 | 17415.35 |
| 09/01/03 | 72608.00 | 5736032.00 | 33460.19 | 1338407.47 | 969.00 | 76551.00 | 446.55 | 17861.90 |
| 10/01/03 | 72608.00 | 5808640.00 | 33883.73 | 1372291.20 | 969.00 | 77520.00 | 452.20 | 18314.10 |
| 11/01/03 | 72608.00 | 5881248.00 | 34307.28 | 1406598.48 | 969.00 | 78489.00 | 457.85 | 18771.95 |
| 12/01/03 | 72608.00 | 5953856.00 | 34730.83 | 1441329.31 | 969.00 | 79458.00 | 463.51 | 19235.46 |
| 01/01/04 | 72608.00 | 6026464.00 | 35154.37 | 1476483.68 | 969.00 | 80427.00 | 469.16 | 19704.62 |
| 02/01/04 | 72608.00 | 6099072.00 | 35577.92 | 1512061.60 | 969.00 | 81396.00 | 474.81 | 20179.43 |
| 03/01/04 | 72608.00 | 6171680.00 | 36001.47 | 1548063.07 | 969.00 | 82365.00 | 480.46 | 20659.89 |
| 04/01/04 | 72608.00 | 6244288.00 | 36425.01 | 1584488.08 | 969.00 | 83334.00 | 486.12 | 21146.00 |
| 05/01/04 | 72608.00 | 6316896.00 | 36848.56 | 1621336.64 | 969.00 | 84303.00 | 491.77 | 21637.77 |
| 06/01/04 | 72608.00 | 6389504.00 | 37272.11 | 1658608.75 | 969.00 | 85272.00 | 497.42 | 22135.19 |
| 07/01/04 | 72608.00 | 6462112.00 | 37695.65 | 1696304.40 | 969.00 | 86241.00 | 503.07 | 22638.26 |
| 08/01/04 | 72608.00 | 6534720.00 | 38119.20 | 1734423.60 | 969.00 | 87210.00 | 508.73 | 23146.99 |
| 09/01/04 | 72608.00 | 6607328.00 | 38542.75 | 1772966.35 | 969.00 | 88179.00 | 514.38 | 23661.37 |
| 10/01/04 | 72608.00 | 6679936.00 | 38966.29 | 1811932.64 | 969.00 | 89148.00 | 520.03 | 24181.40 |
| Total= | | 6679936.00 | | 1811932.64 | | 89148.00 | | 24181.40 |
| Damage= | | | | 8491868.64 | | | | 113329.40 |
| 3X= | | | | 25475605.92 | | | | 339988.19 |