IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>, | : | |
| and | : | |
| William L. Fry | : | CIVIL ACTION NO: 04-0316E |
| Plaintiffs | : | |
| v. | : | |
| FIRST INVESTMENT COMPANY, et al. | : | |
| Defendants | : | |

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this   16th   day of   January  ,  2007  , a true and correct copy of the FIRST AMENDED COMPLAINT FOR MONETARY DAMAGES AND OTHER RELIEF UNDER THE FALSE CLAIM ACT were electronically served upon the following:

For the United States:

Robert L. Eberhardt
United States Attorney's Office
700 Grant Street
Suite 400
Pittsburgh, PA 15219

For Everhome Mortgage and First Investment:

Jennifer E. Watson
Wilbraham Lawler & Buba
603 Stanwix Street
Two Gateway Center, 17N
Pittsburgh, PA 15222

By:   /S/ Malcolm L. Pollard
      Malcolm L. Pollard, Esquire
      Pa. Supreme Court Number 34906
      4845 Westlake Road #119
      Erie, PA 16505
      Telephone: 814-838-8258
      Telecopier: 814-838-8452