## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>, ) | |
| and ) | |
| William L. Fry ) | CIVIL ACTION NO: 1:04-CV-00316 |
| 113 Garloch Drive ) | |
| Erie, PA 16505, ) | JUDGE SEAN J. MCLAUGHLIN |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| EVERHOME MORTGAGE COMPANY ) | |
| formerly ALLIANCE MORTGAGE ) | |
| COMPANY, OF JACKSONVILLE, ) | |
| FLORIDA, a Florida Corporation ) | |
| ) | |
| ) | |
| Defendant. ) | |

## **ORDER OF COURT**

AND NOW, this _____ day of _____, 2007, upon consideration

of Defendant's Consented to Motion for Extension of Time to File a Response to

Plaintiff's First Amended Complaint, it is ORDERED, ADJUDGED AND DECREED

that the deadline for filing Defendant's response is extended until March 1, 2007.

                                                BY THE COURT:

                                                _____J.