## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>, and <br> William L. Fry <br> 113 Garloch Drive <br> Erie, PA 16505, <br><br> Plaintiffs, <br><br> v. <br><br> First Investment Company of Columbus, Ohio, <br><br> Defendant. | CIVIL ACTION NO: 1:04-CV-00316 <br><br> JUDGE SEAN J. MCLAUGHLIN |

## **ORDER OF COURT**

AND NOW, this _____ day of _____, 2007, upon consideration of Defendant's Consented to Motion for Extension of Time to File a Response to Plaintiff's First Amended Complaint, it is ORDERED, ADJUDGED AND DECREED that the deadline for filing Defendant's response is extended until March 1, 2007.

BY THE COURT:

_____J.