**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>, and<br>William L. Fry<br>113 Garloch Drive<br>Erie, PA 16505,<br><br>         Plaintiffs,<br><br>         v.<br><br>First Investment Company of Columbus, Ohio,<br><br>         Defendant. | )<br>)<br>) CIVIL ACTION NO: 1:04-CV-00316<br>)<br>) JUDGE SEAN J. MCLAUGHLIN<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## **ORDER OF COURT**

AND NOW, this _____ day of _____, 2007, upon consideration of Defendants' Motion to Admit *Pro Hac Vice*, it is ORDERED, ADJUDGED AND DECREED that said Motion is granted. Roberto M. Braceras, with a service address of rbraceras@goodwinprocter.com, is admitted to this Court as counsel for Defendants, First Investment Company of Columbus, Ohio, an Ohio Corporation, and Everhome Mortgage Company, formerly Alliance Mortgage Company of Jacksonville, Florida, a Florida Corporation.

                                             BY THE COURT:

                                             _____J.