```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
      ERIE Division

# 07000159 - JD
January 29, 2007

Code   Case #   Qty   Amount

PRO HAC          1     40.00
                      40.00 CC

TOTAL →               40.00


FROM: JENNIFER WATSON
      WILBRAHAM LAW FIRM
```

1:04-CV-316

phv

sarah Keast

$40⁰⁰

receipt # 07-159