```
UNITED STATES
DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
     ERIE Division

# 07000160 - JD
January 29, 2007

Code   Case #    Qty    Amount
PRO HAC  CV-04-316   1    40.00
                          40.00

TOTAL →              40.00


FROM: JENNIFER WATSON
      WILBRAHAM LAW FIRM
```

01:04-CV-316

phv

$40⁰⁰

Roberto Braceras

receipt # 07-160