IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>, : | |
| and William L. Fry : | CIVIL ACTION NO: 04-316E |
| Plaintiffs : | |
| v. : | |
| : | Related documents: 48 and unnumbered |
| FIRST INVESTMENT COMPANY, et al. : | text Order of 01/29/2007 |
| Defendants : | |

**MOTION FOR CONTINUANCE OF ALL MATTERS PENDING
FINALIZATION OF SETTLEMENT**

NOW COMES, Malcolm L. Pollard, Esquire, for William L. Fry as ex rel. Plaintiff, on behalf of the UNITED STATES OF AMERICA in the above named matter and files this Motion with the Court.

1. On January 16, 2007, the Plaintiff/Relator filed his FIRST AMENDED COMPLAINT (docket number 48).

2. On January 29, 2007, This Court granted the Defendants EverHome and First Investment an extension until March 1, 2007, to file their Answer to the First Amended Complaint.

3. On February 6, 2007, Counsel for the Plaintiff/Relator and Counsel for Defendants reached a tentative agreement to settle all matters before This Court (04-00316, 07-00005, 07-00016, 07-00017 and 07-00018) and the Bankruptcy Court (97-11219, 02-1088 and 03-1020).

4. As said agreement to settle must be approved by the United States prior to being finalized, it is requested that all matters be continued at least through March 15, 2007, whereupon the parties will inform The Court of the settlement status or move to discontinue.

Wherefore, the Plaintiff/Relator for the United States of America, requests this Honorable Court to grant a continuance of all matters until March 15, 2007, pending approval of the United States of the tentative settlement agreement.

A suggested Order is attached for the benefit of The Court.


Date:   February 9, 2007

                                        Respectfully submitted:

                                         /S/ Malcolm L. Pollard
                                        Malcolm L. Pollard, Esquire
                                        Pa. Supreme Court Number 34906
                                        4845 Westlake Road #119
                                        Erie, PA 16505
                                        Telephone: 814-838-8258
                                        Telecopier: 814-838-8452