IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>, and William L. Fry | : <br> : CIVIL ACTION NO: 04-316E |
| Plaintiffs | : |
| v. | : |
| | : |
| FIRST INVESTMENT COMPANY, et al. | : |
| Defendants | : |

**ORDER OF COURT**

AND NOW, this _____ day of _____, 2007, upon consideration of Plaintiff's **MOTION FOR CONTINUANCE OF ALL MATTERS PENDING FINALIZATION OF SETTLEMENT**, it is ORDERED, ADJUDGED AND DECREED that:

All matters under case number 04-00316 are hereby continued until March 15, 2007, pending approval of the United States of the tentative settlement agreement, whereupon the parties will inform The Court of the settlement status or move to discontinue.

By: _____
    J.,  United States District Court