IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <u>ex rel.</u>, : | |
| and : | |
| William L. Fry : | CIVIL ACTION NO: 04-316E |
| Plaintiffs : | |
| v. : | |
| FIRST INVESTMENT COMPANY, et al. : | |
| Defendants : | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the   9th   day of   February  ,  2007 ,  true and correct copies of the following document(s):

1. **MOTION FOR CONTINUANCE OF ALL MATTERS PENDING FINALIZATION OF SETTLEMENT**

was/were served electronically on the following parties:

For the United States of America:
    Robert L. Eberhardt, Assistant U.S. Attorney
    U.S. Post Office and Courthouse
    700 Grant Street, Suite 4000
    Pittsburgh, PA 15219

For the Defendants First Investment Company and Everhome Mortgage:
    Jennifer E. Watson, Esquire    Roberto M. Braceras, Esquire
    WILBRAHAM, LAWLER & BUBA    GOODWIN PROCTER, LLP
    603 Stanwix Street    Exchange Place
    Two Gateway Center, 17 North    Boston, MA 02109
    Pittsburgh, PA  15222

          By:    /S/ Malcolm L. Pollard
               Malcolm L. Pollard, Esquire
               Pa. Supreme Court Number 34906
        4845 Westlake Road #119
        Erie, PA 16505
        Telephone: 814-838-8258
        Telecopier: 814-838-8452