IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et. al., ) | |
|     Plaintiffs, ) | |
| ) | |
|     Vs. ) | Civil Action No. 04-316 Erie |
| ) | |
| FIRST INVESTMENT COMPANY OF ) | |
| COLUMBUS OHIO, et. al., ) | |
|     Defendants. ) | |

**O R D E R**

AND NOW, to wit, this 15th day of March, 2007, the Court having been advised that the parties have reached an agreement upon a settlement in the above-captioned matter, IT IS HEREBY ORDERED that this case is marked administratively closed.  The parties should file a Rule 41 Stipulation for dismissal with a one-page proposed order granting the stipulation.  It appears no further action is required by the Court at this time.

                                                             S/Sean J. McLaughlin
                                                             Sean J. McLaughlin
                                                             United States District Judge

cc: all parties of record. nk