IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, ex rel.,
and William L. Fry
        Plaintiffs

v.

FIRST INVESTMENT COMPANY, et al.
        Defendants

CIVIL ACTION NO: 04-316E

## STIPULATION FOR DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties to the above-entitled action, by their respective undersigned attorneys, that Plaintiff's complaints and all claims in this action and those related Bankruptcy matters at 07-cv-5, 07-cv-16, 07-cv-17 and 07-cv-18, therein be and hereby are dismissed with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure.

Each party hereto agrees that each party shall be responsible for its own costs and attorneys' fees associated with this litigation and that no further suit will be instituted for the same causes of action which have been asserted herein, or for any other causes of action arising out of the incidents or circumstances which gave rise to this lawsuit.

This Stipulation may be signed in counterparts as presented by mail or facsimile or email.

A suggested Order is provided for the benefit of The Court.

Respectfully submitted by Counsel for Plaintiff William L. Fry:

Date: 3/26/07

Malcolm L. Pollard, Esquire
Pa. Supreme Court Number 34906
4845 Westlake Road #119
Erie, PA 16505
Telephone: 814-838-8258
Telecopier: 814-838-8452

STIPULATION FOR DISMISSAL
UNITED STATES OF AMERICA, ex rel., and William L. Fry, Plaintiffs
   v.
FIRST INVESTMENT COMPANY, et al. Defendants
CIVIL ACTION NO: 04-316E

IT IS HEREBY STIPULATED AND AGREED:

Counsel for the United States of America:

Date: _\*\*\*\*\*_____     _____\*\*\*\*\*_____
                       Robert L. Eberhardt, Assistant U.S. Attorney
                       U.S. Post Office and Courthouse
                       700 Grant Street, Suite 4000
                       Pittsburgh, PA 15219

\*\*\*\*\* Substitute page provided by United States Attorney follows this page.

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, ex. rel.
WILLIAM L. FRY,

    Relator,

v.

FIRST INVESTMENT COMPANY, et al.,

    Defendants.

CIVIL ACTION
No. 04-0316
(Judge McLaughlin)

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, the parties hereto hereby stipulate to the dismissal of all claims in this action, with prejudice and without costs or rights of appeal.

DATED:

WILLIAM L. FRY,

By: _____
Malcolm L. Pollard
4845 West Lake Rd. #119
Erie, PA 15505
TEL: (814) 838-8258
FAX: (814) 838-8452

FIRST INVESTMENT COMPANY, AND
EVERHOME MORTGAGE COMPANY,

By: _____
Jennifer E. Watson, Esq.
WILBRAHAM LAWLER & BUBA
Two Gateway Center, 17N
Pittsburgh, PA 15222
TEL: (412) 255-0662
FAX: (412) 255-0505

CONSENT:

MARY BETH BUCHANAN
United States Attorney
Western District of Pennsylvania

By: _____
ROBERT L. EBERHARDT
Assistant United States Attorney
U.S. Post Office and Courthouse
700 Grant Street, Suite 4000
Pittsburgh, PA 15219
TEL: (412) 894-7353
FAX: (412) 644-6995

**STIPULATION FOR DISMISSAL**
UNITED STATES OF AMERICA, ex rel., and William L. Fry, Plaintiffs
   v.
FIRST INVESTMENT COMPANY, et al. Defendants
CIVIL ACTION NO: 04-316E


**IT IS HEREBY STIPULATED AND AGREED:**

Counsel for Defendants First Investment Company and Everhome Mortgage:

Date: 3/27/07

_____
Roberto M. Braceras, Esquire
GOODWIN PROCTER, LLP
Exchange Place
Boston, MA 02109