IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel., and William L. Fry<br>　　　　　　　　　Plaintiffs<br>　　v.<br>FIRST INVESTMENT COMPANY, et al.<br>　　　　　　　　　Defendants | : : : : : : : : : |

CIVIL ACTION NO: 04-316E

### ORDER OF DISMISSAL

AND NOW, this _____ day of _____, 2007, upon consideration of the **STIPULATION FOR DISMISSAL** having been voluntarily presented and signed by representative counsel for all parties having appeared in the action, and pursuant to Rule 41 of the Federal Rules of Civil Procedure, it is ORDERED, ADJUDGED AND DECREED that this action is dismissed.

　　　　　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　　J., United States District Court