IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA, ex rel., :
and :
William L. Fry : CIVIL ACTION NO: 04-316E
       Plaintiffs :
v. :
FIRST INVESTMENT COMPANY, et al. :
       Defendants :

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 12th day of April, 2007, true and correct copies of the following document(s):

1. **STIPULATION FOR DISMISSAL**

was/were served electronically on the following parties:

For the United States of America:
 Robert L. Eberhardt, Assistant U.S. Attorney
 U.S. Post Office and Courthouse
 700 Grant Street, Suite 4000
 Pittsburgh, PA 15219

For the Defendants First Investment Company and Everhome Mortgage:

| | |
|---|---|
| Jennifer E. Watson, Esquire | Roberto M. Braceras, Esquire |
| WILBRAHAM, LAWLER & BUBA | GOODWIN PROCTER, LLP |
| 603 Stanwix Street | Exchange Place |
| Two Gateway Center, 17 North | Boston, MA 02109 |
| Pittsburgh, PA 15222 | |

          By: /S/ Malcolm L. Pollard
             Malcolm L. Pollard, Esquire
             Pa. Supreme Court Number 34906
        4845 Westlake Road #119
        Erie, PA 16505
        Telephone: 814-838-8258
        Telecopier: 814-838-8452